

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd floor
New York, NY 10007

February 26, 2021

> The requested extension is granted.
> SO ORDERED
>
> _____
> DEBRA FREEMAN
> United States Magistrate Judge
> Dated: 2/26/2021

BY ECF

Honorable Debra Freeman
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re: Rosa O. Ellis v. Comm'r of Soc. Sec.
    20 Civ. 9627 (VEC) (DCF)

Dear Judge Freeman:

      This office represents the defendant Commissioner of Social Security in the above-referenced case. Pursuant to the schedule in this case, the administrative record is due by March 1, 2021. We write respectfully to request, with the consent of plaintiff's counsel, that the time to file the record be extended for 60 days, until April 30, 2021. The reason for this request is the Social Security Administration needs more time to prepare the record due to telecommuting and other workplace changes in response to the pandemic. No prior adjournment has been requested in this matter. We appreciate the Court's consideration of this request.

Respectfully,

AUDREY STRAUSS
United States Attorney

By:      s/ *Susan D. Baird*
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
Susan.Baird@usdoj.gov

cc:   Eddy Pierre Pierre, Esq.