UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROSA O. ELLIS

                        Plaintiff,                       20 **CIVIL** 9627(VF)

       -v-                                           **<u>JUDGMENT</u>**

KILOLO KIJAZAKI,
COMMISSIONER OF SOCIAL SECURITY,

                       Defendant.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated June 15, 2022, that the Commissioner's decision is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. §405(g), for further administrative proceedings. THE PARTIES FURTHER STIPULATE AND AGREE that on remand, the plaintiff will be offered the opportunity for a new hearing, the Administrative Law Judge (ALJ) will consider the evidence submitted to the Appeals Council in connection with the plaintiff's request for review, and the ALJ will re-evaluate the medical opinions of record.

**Dated:**  New York, New York
            June 15, 2022

                                                             **RUBY J. KRAJICK**

                                                                      Clerk of Court

                                **BY:**

                                                                        Deputy Clerk